IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01753-CMA-BNB

CATHERINE CREEL,

Plaintiff,

v.

iUNIVERSE, INC., AN Indiana corporation,
AMAZON.COM, INC., a Washington corporation,
BARNES & NOBLE, INC., a Delaware corporation,
BUYNOW, INC., a Delaware corporation,
LULU ENTERPRISES, INC., a North Carolina corporation,
LULU PRESS, INC., a North Carolina corporation
ON-DEMAND PUBLISHING LLC, d/b/a CreateSpace, A Delaware limited liability company,
TINO GEORGIOU, an individual, and
K.G. Glaud, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint** [Doc. # 48, filed 10/19/2009] (the "Motion to Amend").  The Motion to Amend is DENIED  without prejudice, subject to renewal in a manner consistent with this Order.

The plaintiff seeks leave to amend to "identify Tino Georgiou and K.G. Glaub as the same person, to correct the state of incorporation of Lulu Enterprises, Inc. and Lulu Press, Inc., and to delete Counts II, III, and IV."  Motion to Amend at p. 1.  A copy of the proposed second amended complaint is not attached as an exhibit to the Motion to Amend, however, nor has the proposed second amended complaint otherwise been submitted to the court.  I will not grant a motion to amend in the abstract, and I require that any proposed amendment be submitted as an

exhibit to the motion to amend.

IT IS ORDERED that the Motion to Amend is DENIED without prejudice, subject to renewal in a manner consistent with this Order.

Dated October 22, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge