IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01753-CMA-BNB

CATHERINE CREEL,

Plaintiff,

v.

iUNIVERSE, INC., AN Indiana corporation,
AMAZON.COM, INC., a Washington corporation,
BARNES & NOBLE, INC., a Delaware corporation,
BUYNOW, INC., a Delaware corporation,
LULU ENTERPRISES, INC., a North Carolina corporation,
LULU PRESS, INC., a North Carolina corporation
ON-DEMAND PUBLISHING LLC, d/b/a CreateSpace, A Delaware limited liability company,
TINO GEORGIOU, an individual, and
K.G. Glaud, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Renewed Unopposed Motion for Leave to File Second Amended Complaint** [Doc. # 51, filed 10/23/2009] (the "Motion to Amend").  The plaintiff has demonstrated that justice requires that the requested amendment should be allowed, and no party opposes amendment.

IT IS ORDERED that the Motion to Amend is GRANTED.  The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 51-2].

Dated October 27, 2009.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge