**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01753-CMA-BNB

CATHERINE CREEL,

    Plaintiff,

v.

iUNIVERSE, INC., an Indiana corporation,
AMAZON.COM, INC., a Washington corporation,
BARNES & NOBLE, INC., a Delaware corporation,
BUYNOW, INC., a Delaware corporation,
LULU HOLDINGS, LLC, a North Carolina limited liability company,
ON-DEMAND PUBLISHING, LLC, d/b/a
   CREATESPACE, a Delaware limited liability company,
TINO GEORGIOU, an individual, and
K. G. GLAUB, an individual,

    Defendants.

## ORDER REGARDING ENTRY OF DEFAULT

    This matter is before the Court, *sua sponte*. On November 23, 2009, Plaintiff filed a motion titled "Motion for Entry of Default" in which she sought both a default and default judgment against Defendant Tino Georgiou a/k/a K.G. Glaub. (Doc. # 58.) On November 27, 2009, the Clerk of the Court entered default against Mr. Georgiou, pursuant to Fed.R.Civ.P. 55(a). Thus, Doc. # 58 has been ruled upon.

    From a review of the pleadings, it is apparent that Plaintiff seeks entry of a judgment for injunctive and affirmative relief, in addition to damages for which it is more appropriate to obtain an accounting. Therefore, the Court

ORDERS that, if Plaintiff seeks a judgment by default against Mr. Georgiou, she must file a separate motion which complies with the requirements of Colo.R.Civ.P. 55(b)(2). In addition, Plaintiff should submit a proposed form of judgment. After receipt of these documents, the Court will determine whether or not a hearing is necessary to effectuate the judgment.

DATED: December 21, 2009

BY THE COURT:

*Christine M Arguello*

_____

CHRISTINE M. ARGUELLO
United States District Judge