**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01753-CMA-BNB

CATHERINE CREEL,

    Plaintiff,

v.

iUNIVERSE, INC., an Indiana corporation,
AMAZON.COM, INC., a Washington corporation,
BARNES & NOBLE, INC., a Delaware corporation,
BUYNOW, INC., a Delaware corporation,
LULU HOLDINGS, LLC, a North Carolina limited liability company,
ON-DEMAND PUBLISHING, LLC, d/b/a
   CREATESPACE, a Delaware limited liability company,
TINO GEORGIOU, an individual, and
K. G. GLAUB, an individual,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte* to amend this Court's Order dated December 21, 2009 (Doc. # 68).  The third paragraph of this Court's December 21, 2009 Order should be amended as follows:

        ORDERS that, if Plaintiff seeks a judgment by default against Mr. Georgiou, she must file a separate motion which complies with the requirements of **Fed. R. Civ. P. 55(b)(2)**.  In addition, Plaintiff should submit a proposed form of judgment.  After receipt of these documents, the Court will determine whether or not a hearing is necessary to effectuate the judgment.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment (Doc. # 67) is hereby DENIED AS MOOT.

    DATED:  December 23, 2009