IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01753-CMA-BNB

CATHERINE CREEL,

Plaintiff,

v.

iUNIVERSE, INC., an Indiana corporation,
AMAZON.COM, INC., a Washington corporation,
BARNES & NOBLE, INC., a Delaware corporation,
BUYNOW, INC., a Delaware corporation,
ON-DEMAND PUBLISHING LLC, d/b/a CreateSpace, A Delaware limited liability company,
TINO GEORGIOU, an individual, and
K.G. Glaub, an individual,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacated or Set Scheduling Conference** [docket no. 74, filed January 22, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 8, 2010, is **VACATED**.


DATED:  January 25, 2010